IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN JOHN OSWALD,

    Plaintiff,

v.

PRIMARY FINANCIAL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-32-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____  _____
Peter Openeer, Clerk of Court          6/28/10
                                                        Date